DONALD F. ZIMMER, JR. (State Bar No. 112279)
  fzimmer@kslaw.com
WILLIAM E. STEIMLE (State Bar No. 203426)
  wsteimle@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

Attorneys for Defendant
COLOPLAST CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL DECELLES,<br><br>            Plaintiff,<br><br>      vs.<br><br>COLOPLAST CORP., et al.,<br><br>            Defendants. | Case No. 3:19-cv-01833-BAS-LL<br><br>**JOINT NOTICE OF COMPLETE SETTLEMENT OF THE CASE** |

Plaintiff Carol Decelles and Defendant Coloplast Corp. respectfully submit this Joint Notice of Complete Settlement of the Case. The parties hereby jointly inform the Court that the parties have resolved all claims in this action.

Dated:  March 10, 2020          KING & SPALDING LLP

By: /s William E. Steimle
WILLIAM E. STEIMLE
wsteimle@kslaw.com

Attorneys for Defendant
COLOPLAST CORP.

Dated:  March 10, 2020          SALIM-BEASLEY, LLC

By: /s Barrett L. Beasley*
Barrett L. Beasley
bbeasley@salim-beasley.com

Attorneys for Plaintiff
CAROL DECELLES

**\*Attestation Regarding Electronic Signatures**

I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

Dated:  March 10, 2020          KING & SPALDING LLP

By: /s William E. Steimle
WILLIAM E. STEIMLE
wsteimle@kslaw.com

Attorneys for Defendant
COLOPLAST CORP.

# CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on the date shown below.

Dated:  March 10, 2020        KING & SPALDING LLP

By: /s William E. Steimle
    WILLIAM E. STEIMLE
    wsteimle@kslaw.com

Attorney for Defendant
COLOPLAST CORP.